UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT SARAFIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | NO. CV 14-2777-DDP (AGR)<br><br>ORDER TO SHOW CAUSE |

    On May 20, 2014, Petitioner filed a civil rights complaint.

    For the reasons discussed below, the court orders Plaintiff to show cause on or before **November 21, 2014**, why the court should not recommend dismissal of the complaint without prejudice based on failure to serve.

## I.
## SUMMARY OF PROCEEDINGS

On May 20, 2014, Plaintiff filed a civil rights complaint and paid the filing fee. On May 23, 2014, the court issued an order advising Plaintiff what he must do to serve the defendant. (Dkt. No. 5.)[1] The court also informed Plaintiff that he must file a proof of service within 120 days after service of the complaint. (*Id.* at 2.) The court admonished Plaintiff that if he failed to comply with the court's service instructions, it might "result in dismissal of this case. (*Id.*)

Plaintiff has not filed anything subsequent to the court's May 23 order.

## II.
## DISCUSSION

Rule 4(m) states: "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *See also Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007). A court may consider various factors including prejudice to the defendant, actual notice, a possible limitations bar, and eventual service. *Id.*

Plaintiff was obligated to serve the complaint on or before September 17, 2014,[2] which was 120 days from the date the complaint was filed.

Plaintiff has not filed a proof of service indicating that he served the defendant.

---

[1] Plaintiff names the United States and Does. (Complaint at 8-9.)

[2] The court specified the date incorrectly in its May 23 order as September 19, 2014. (Dkt. No. 5 at 2.)

## III.

## **ORDER**

IT IS THEREFORE ORDERED that on or before ***November 21, 2014***, Plaintiff shall show cause why the court should not recommend dismissal without prejudice of the complaint based on failure to serve.

**Plaintiff is advised that if he fails to respond to this order to show cause by the above deadline, the court will recommend that the complaint be dismissed based on failure to serve. Service of the complaint and the filing of a proof of service on or before November 21, 2014 will discharge the order to show cause.**

DATED: October 22, 2014

*/s/ Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge