JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 15 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT SARAFIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. CV 14-2777-DDP (KES)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: 10/14/15

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1